**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 2:26 CR 00075** |
| | : | |
| **Plaintiff,** | : | |
| | : | **JUDGE MARBLEY** |
| **v.** | : | |
| | : | |
| **TAKAYLA AHART,** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION TO WITHDRAW ARREST WARRANT**

COMES NOW the United States of America, by and through United States Attorney Dominick S. Gerace II, and Sheila G. Lafferty, Assistant United States Attorney, and moves this Honorable Court to Withdraw the Arrest Warrant in the above-captioned case.

On April 30, 2026, a federal grand jury in the Southern District of Ohio returned a single count Indictment against Defendant Takayla Hart for a violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and (B)(2), and the United States inadvertently requested that an arrest warrant be issued. The Defendant was previously charged by complaint in this case, made her initial appearance, and has been compliant with the terms of her pretrial release which obviates the need for an arrest warrant upon Indictment. The United States respectfully requests the Court to withdraw the arrest warrant in the above case.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

By:   */s/ Sheila G. Lafferty*
Sheila G. Lafferty
Assistant United States Attorney